Date signed February 17, 2009



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re:<br>Tatiana Yefimova, | Case No. 08-20049PM<br>Chapter 7 |
|---|---|
| Lyudmila Rybakova,<br>         Plaintiff,<br><br>vs.<br><br>Tatiana Yefimova,<br>         Defendant. | AP No. 08-00819 |

## MEMORANDUM TO PLAINTIFF

This proceeding came before the court for consideration of the Plaintiff's second Motion for Default Judgment. The court cannot act on the Motion as the Plaintiff has failed to effectuate proper service of the complaint. F.R.B.P. Rule 7004(e) requires delivery of the summons and complaint within 10 days after the summons is issued. The Plaintiff must request that the Clerk reissue the summons, serve the Defendant and counsel in compliance with F.R.B.P. Rule 7004(g) and certify same with the court.

cc:   Plaintiff
       Plaintiff's Counsel


End of Memorandum