Date signed August 15, 2011



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| TATIANA YEFIMOVA | : | Case No. 08-20049PM |
| | : | Chapter 7 |
| Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - : | | |
| LYUDMILA RYBAKOVA | : | |
| Plaintiff | : | |
| vs. | : | Adversary No. 08-0819PM |
| | : | |
| TATIANA YEFIMOVA | : | |
| Defendant | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - : | | |

### MEMORANDUM TO DEBTOR/DEFENDANT

This case comes before the court on four Motions to Compel Discovery and for Sanctions filed by the Defendant, Tatiana Yefimova, against Mark Kaminsky, Leyba Gurvich, Naum Chernyak, and Gregory Gurvich, individually.  The court will not act on these Motions in the absence of proof of service of the subpoenae.

cc:
Dmitry Balannik, Esq., 715 Rolling Fields Way, Rockville, MD 20850
Natasha V. Rossbach, Esq., 1 Newberg Avenue, Suite 2B, Baltimore, MD 21228
Tatiana Yefimova, 203 Mount Vernon Place, Rockville, MD 20852

### End of Memorandum